**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Nehemias Nunez, | § <br> § <br> § Civil Action No.: 3:11-cv-00132-FM <br> § <br> Plaintiff, § <br> § <br> § <br> § <br> § <br> Defendant. § <br> § |
| Plaintiff, | |
| v. | |
| Financial Recovery Services, Inc., | |
| Defendant. | |

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiff, Nehemias Nunez, and Defendant, Financial Recovery Services, Inc., file this stipulation of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

1. Nehemias Nunez is the Plaintiff. Financial Recovery Services, Inc. is the Defendant.

2. On or about April 7, 2011, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit as to all parties.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

Dated: July 6, 2011

        Respectfully submitted,

        By:  PLAINTIFF, Nehemias Nunez

        /s/ Diana P. Larson
        Diana P. Larson
        Texas Bar No. 24007799
        The Larson Law Office, PLLC
        440 Louisiana, Suite 900
        Houston, TX 77002
        Telephone: (713) 221-9088
        Facsimile: (832) 415-9762
        Email: Diana@thelarsonlawoffice.com

        <u>Of Counsel To</u>
        LEMBERG & ASSOCIATES L.L.C. A Connecticut Law Firm
        1100 Summer Street, 3rd Floor
        Stamford, CT06905
        Telephone: (203) 653-2250
        Facsimile:  (877) 795-3666

        And

        By: DEFENDANT, Financial Recovery Services, Inc.,

        /s/ David C. Sander
        David C. Sander
        SCANLAN, BUCKLE & YOUNG, PC
        Attorney-in-Charge
        Texas Bar No. 00788348
        602 West 11th  Street
        Austin, TX  78701
        E-mail: dsander@sbylaw.com
        Tel: 512/478-4651
        Fax:  512/478-7750
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

On July 6, 2011, I filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Western District of Texas, Houston Division via the ECF System.  Counsel for Defendant was served also by the ECF System.

David C. Sander
SCANLAN, BUCKLE & YOUNG, PC
Attorney-in-Charge
Texas Bar No. 00788348
602 West 11th  Street
Austin, TX  78701
E-mail: dsander@sbylaw.com
Tel: 512/478-4651
Fax:  512/478-7750
Attorneys for Defendant

                                          __/s/ Diana Larson_____
                                              Diana Larson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|   |   |
|---|---|
| Nehemias Nunez,  § § § Civil Action No.: 3:11-cv-00132-FM § Plaintiff, § v. § § Financial Recovery Services, Inc., § § Defendant. § § | |

## ORDER ON STIPULATION TO DISMISS

On _____, 2011, the Court considered the parties' stipulation to dismiss. After considering the stipulation, the court:

GRANTS the stipulation and dismisses the case without prejudice.

SIGNED on _____, 2011.

_____
The Honorable Judge Frank Montalvo

APPROVED & ENTRY REQUESTED:

  /s/ Diana P. Larson
Diana P. Larson
Texas Bar No. 24007799
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, TX 77002
Telephone: (713) 221-9088
Facsimile: (832) 415-9762
Counsel for Plaintiff

  /s/ David C. Sander
David C. Sander
SCANLAN, BUCKLE & YOUNG, PC
Attorney-in-Charge
Texas Bar No. 00788348
602 West 11th Street
Austin, TX  78701
E-mail: dsander@sbylaw.com
Tel: 512/478-4651
Fax:  512/478-7750
Attorneys for Defendant