IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NEHEMIAS NUNEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-11-CA-132-FM |
| | § | |
| FINANCIAL RECOVERY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ENTERING STIPULATION OF DISMISSAL

On this day, the Court considered Plaintiff Nehemias Nunez's ("Plaintiff") and Defendant Financial Recovery Services, Inc.'s ("Defendant") "Stipulation of Dismissal of Action with Prejudice Pursuant to Rule 41(a)" ("Stipulation") [ECF No. 10], filed on July 6, 2011.  The parties request the Court to enter an order dismissing the case with prejudice.  The parties' attorneys having signed the Stipulation, indicating the parties' consent to dismiss the above-captioned case, the Court accordingly enters the following Orders:

1. This case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All pending motions, if any, are **DENIED** as **MOOT**.

3. The Clerk of the Court is instructed to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **7th** day of **July, 2011**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE